# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| KAHUNTUS CHAPMAN, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-5 |
| | * | |
| v. | * | |
| | * | |
| WARDEN J.V. FLOURNOY, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's July 26, 2016, Report and Recommendation, dkt. no. 11, to which Petitioner Kahuntus Chapman ("Chapman") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES** Chapman's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, and **DENIES** Chapman leave to appeal *in forma pauperis*.

AO 72A
(Rev. 8/82)

The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 19 day of August, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA